**ORIGINAL**

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 11 2019

JAMES N. HATTEN, Clerk
By: /s/
Deputy Clerk

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

10:53 am, Jul 30 2025
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___M.G.___ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

RAMONT LAMONT ADAMS
LORENZO LEROY HARRIS
D'ANGELO RASHAD PALMER

Criminal Indictment No.

1 19 - CR - 217

THE GRAND JURY CHARGES THAT:

Count 1

(Conspiracy to Commit Robbery)

Beginning on a date unknown to the grand jury, and continuing until on or about September 22, 2017, in the Northern District of Georgia, the defendants, RAMONT LAMONT ADAMS, LORENZO LEROY HARRIS, and D'ANGELO RASHAD PALMER, and Roman A. Brown did knowingly and willfully combine, conspire, agree, and have a tacit understanding with one another to commit an offense against the laws of the United States, that is, robbery of inmate D.P. by using force, violence and intimidation to take something of value from D.P. at a place within the special maritime and territorial jurisdiction of the United States, namely the United States Penitentiary in Atlanta, Georgia, on land acquired for the use of the United States and under its jurisdiction, in violation of Title 18, United States Code, Section 2111(a).

## Overt Acts

In furtherance of the conspiracy and to accomplish its goals and purposes, the conspirators committed various overt acts within the Northern District of Georgia, including:

1. The defendants, ADAMS and HARRIS, and Brown entered D.P.'s prison cell while defendant PALMER stayed outside D.P.'s prison cell as a look out.

2. Inside D.P.'s prison cell, the defendants, ADAMS and HARRIS, and Brown restrained D.P.

3. Inside D.P.'s prison cell, the defendants, ADAMS and HARRIS, and Brown assaulted D.P. by choking him.

4. Inside D.P.'s prison cell, the defendants, ADAMS and HARRIS, and Brown assaulted D.P. by using an object to penetrate his anus.

5. During the course of the robbery, the defendants and Brown stole personal property from D.P.

6. Following the robbery and assaults, the defendants and Brown left D.P.'s prison cell and carried away D.P.'s personal property.

All in violation of Title 18, United States Code, Section 371.

## Count 2
(Robbery)

On or about September 22, 2017, in the Northern District of Georgia, the defendants, RAMONT LAMONT ADAMS, LORENZO LEROY HARRIS, and

D'ANGELO RASHAD PALMER, and Roman A. Brown, aided and abetted by one another, at a place within the special maritime and territorial jurisdiction of the United States, namely the United States Penitentiary in Atlanta, Georgia, on land acquired for the use of the United States and under its jurisdiction, by force and violence and by intimidation, did take from the person and presence of D.P., personal property, including: jewelry, a radio, headphones, postage stamps, eyeglasses, and packaged coffee in violation of Title 18, United States Code, Sections 7(3), 2111, and Section 2.

## Count 3

(Aggravated Sexual Abuse)

On or about September 22, 2017, in the Northern District of Georgia, at a place within the special maritime and territorial jurisdiction of the United States, namely the United States Penitentiary in Atlanta, Georgia, on land acquired for the use of the United States and under its jurisdiction, the defendants, RAMONT LAMONT ADAMS, LORENZO LEROY HARRIS, and D'ANGELO RASHAD PALMER, and Roman A. Brown, aided and abetted by one another, did knowingly cause inmate D.P. to engage in a sexual act, to wit, the penetration, however slight, of the anal opening of D.P. by an object with an intent to abuse, humiliate, harass, and degrade D.P., and by using force and threat of force against D.P. in violation of Title 18, United States Code, Sections 7(3), 2241(a)(1), and Section 2.

A _____ True _____ BILL

_____

BYUNG J. PAK
  United States Attorney

BRENT ALAN GRAY
  Assistant United States Attorney
Georgia Bar No. 155089

IRINA K. DUTCHER
  Assistant United States Attorney
Georgia Bar No. 583088

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000