AO 442 (12/85) Warrant for Arrest

10052605

 **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

FID:10052605
USMS:74014-007

UNITED STATES OF AMERICA,

vs.

D'ANGELO RASHAD PALMER
**AGENT TO ARREST**

**WARRANT FOR ARREST**

CASE NO. 1:19-CR-217

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED
10:53 am, Jul 30 2025
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ M.G. _____ Deputy

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest D'ANGELO RASHAD PALMER and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition

Charging him or her with (brief description of offense): **Conspiracy to Commit Robbery**
in violation of **Title 18, United States Code, Section(s) 2111(a), 371, 7(3), 2111 and Section 2**

JAMES N. HATTEN
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

June 11, 2019 at Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By: _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

_____

Date Received: _____

Date of Arrest: _____

Name and Title of Arresting Officer

Signature of Arresting Officer

# 74014-007